IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE CAMPING WORLD HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | § § § § § § | No. 52, 2022<br><br>Court Below:  Court of Chancery of the State of Delaware<br><br>C.A. No. 2019-0179 |

Submitted:   September 21, 2022
Decided:  October 13, 2022

Before **VALIHURA**, **VAUGHN** and **TRAYNOR**, Justices.

## O R D E R

This 13th day of October 2022, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion Regarding Motion to Dismiss dated January 31, 2022 and its Order Granting Motion to Dismiss dated February 2, 2022;

NOW THEREFORE IT IS ORDERED that the decisions and judgments of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice